HAGEDORN LAW FIRM, P.L.L.C.

*VIA* PACER ECF
SUSAN E. BINDLER
CLERK OF COURT
THOMAS F. EAGLETON COURTHOUSE
111 SOUTH 10TH STREET
ST. LOUIS, MO 63102

SEPTEMBER 25, 2026

**RE: JANE DOE V. ANOKA COUNTY, ET AL.**
**CASE NO. 25-1568**

Dear Clerk of Court:

I write to inform the Court that Charles J. Lloyd, counsel of record in this matter, has passed away. I respectfully request that the Clerk remove his name from the docket and electronic service list. The undersigned remains counsel of record for Jane Doe, and future notices should be directed to Adam Hagedorn at adam@hagedornlawfirm.com.

Respectfully,

s/Adam C. Hagedorn

ACH
CC: JASON J. STOVER VIA PACER E-SERVICE

WWW.HAGEDORNLAWFIRM.COM
adam@hagedornlawfirm.com
Phone: (612) 454-6852
Facsimile: (612) 230-7299

ADAM C. HAGEDORN
ATTORNEY-AT-LAW

VIRTUAL OFFICE ADDRESS
Hagedorn Law Firm, P.L.L.C.
2429 Nicollet Ave., 2nd Flr
Minneapolis, MN 55404

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I electronically filed the above letter concerning the death of attorney Charles J. Lloyd with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Counsel certifies all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 25, 2026

**Hagedorn Law Firm, P.L.L.C.**

By s/ Adam C. Hagedorn

Adam C. Hagedorn (Atty. No. 399050)
2429 Nicollet Ave., 2nd Flr.
Minneapolis, MN 55404
Telephone: (612) 230-7299
Facsimile: (612) 230-7204
adam@hagedornlawfirm.com

*Attorney for Jane Doe*