**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 25-1568

Jane Doe

Appellee

v.

Anoka County, et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02649-ECT)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

October 01, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler