**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 25-1568

Jane Doe

Appellee

v.

Anoka County, et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02649-ECT)

---

**MANDATE**

In accordance with the opinion and judgment of August 10, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 08, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit